| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| ANDERSON, KILL, WOOD & BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93001<br>Telephone No: 805-288-1300   FAX No: 805-288-1301 | |
| Attorney for: Plaintiff | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
United States District Court

Plaintiff: KEYSTONE
Defendant: ACE AMERICAN

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV100881CAS(SSX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons (And) Complaint; Notice Of Assignment To Us Magistrate Judge For Discovery; Civil Case Cover Sheet; Notice To Parties Of Adr Pilot Program; Certification And Notice Of Interested Parties; Application Of Non Resident Attorney To Appear In Specific Case (Passannante); Order On Application Of Non Resident Attorney To Appear On Specific Case (Passannante); Application Of Non Resident Attorney To Appear In Specific Case (Antonuci); Order On Application Of Non Resident Attorney To Appear On Specific Case (Antonucci); Notice To Counsel Re Local Rules; Brochure 3/2009 Re Services For Attorneys; Guidelines Re Civility And Professionalism (7.25.95)

3. a. Party served:          ACE AMERICAN INSURANCE COMPANY
   b. Person served:        MARIA SANCHEZ- AUTHORIZED TO ACCEPT party in item 3.a., White, Female, 45 Years Old, Brown Hair, Brown Eyes, 5 Feet 4 Inches, 150 Pounds

4. Address where the party was served:   CT CORPORATION
                                          818 WEST SEVENTH STREET
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Feb. 15, 2010 (2) at: 2:20PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: ACE AMERICAN INSURANCE COMPANY

7. **Person Who Served Papers:**                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TONY PFEIFER                                  d. **The Fee** for Service was:   $68.00
   b. **TRI-COUNTY ATTORNEY SERVICE**               e. I am: (3) registered California process server
      2219 THOUSAND OAKS BLVD #219                     (i)   Independent Contractor
      Thousand Oaks, CA 91362                          (ii)  Registration No.:   79
   c. 805-497-4300, FAX 805-497-4308                   (iii) County:             Ventura

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date: Thu, Feb. 18, 2010

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT                      (TONY PFEIFER)

29294.wood.32323